## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**VIRGINIA JARAMILLO,**
**by her guardian**
**DESIREE JARAMILLO,**

      **Plaintiff,**

v.                                                                                         No. 1:13-cv-00297-WPJ-SMV

**DR. DANIEL McCOMBS, Ph.D;**
**JOHN and JANE DOES 1-6, employees of NMBHI;**
**DR. ALISSA KRAISOSKY, M.D.; and**
**NEW MEXICO BEHAVIORAL HEALTH INSTITUTE,**

      **Defendants.**

## ORDER ON UNOPPOSED MOTION TO REMOVE DR. ALISSA KRAISOSKY, M.D. FROM THE CASE CAPTION

THIS MATTER comes before the Court on the Unopposed Motion to Remove Dr. Alissa Kraisosky, M.D. from the Case Caption [Doc. 23], filed November 22, 2013. The Court finds that the motion is well taken and shall be GRANTED.

Accordingly, the Court hereby GRANTS that Dr. Alissa Kraisosky**,** M.D. shall be removed from the caption in this case and allows that all future pleadings to be filed under the following caption:

**VIRGINIA JARAMILLO,**
**by her guardian**
**DESIREE JARAMILLO,**

      **Plaintiff,**

v.                                                                                        No. 1:13-cv-00297-WPJ-SMV

**DR. DANIEL McCOMBS, Ph.D;**
**JOHN and JANE DOES 1-6, employees of NMBHI;**
**and NEW MEXICO BEHAVIORAL HEALTH INSTITUTE,**

      **Defendants.**

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


Respectfully submitted,

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

By  *s/ Patricia G. Williams*
        Patricia G. Williams
Attorneys for Defendants McCombs and NMBHI
1803 Rio Grande Blvd., N.W. (87104)
P. O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400


By  *s/ Mary Lou Boelcke*
        Mary Lou Boelcke
Attorney for Plaintiff
PO Box 31033
Albuquerque, New Mexico 87190
(505) 804-1632


HINKLE, HENSLEY, SHANOR & MARTIN, LLP
By *s/ David B. Lawrenz*
        William P. Slattery, Esq.
        David B. Lawrenz, Esq.
Attorneys for Dr. Alissa Kraisosky, M.D.
P.O. Box 2068
Santa Fe, New Mexico 87504-2068
(505) 982-4554