**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VIRGINIA JARAMILLO,
by her guardian
DESIREE JARAMILLO,

    Plaintiff,

v.                                                   No. 13-cv-0297 WJ/SMV

DR. DANIEL McCOMBS, Ph.D;
JOHN and JANE DOES 1-6,
employees of NMBHI;
and NEW MEXICO BEHAVIORAL
HEALTH INSTITUTE;

    Defendants.

**ORDER SETTING TELEPHONIC RULE 16 SCHEDULING CONFERENCE**

A Rule 16 initial scheduling conference will be held by telephone on **March 5, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **505-348-2357** to be connected to the proceedings.  Counsel shall be prepared to discuss the following:  discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert* hearing is needed, *see Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993), initial disclosures, and the timing of expert disclosures and reports under Fed R. Civ. P. 26(a)(2).  We will also discuss settlement prospects, alternative dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.

    **IT IS SO ORDERED**.

                                                                        _____
                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**