IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VIRGINIA JARAMILLO,
by her guardian
DESIREE JARAMILLO,

    Plaintiff,

v.                                                      No. 13-cv-0297 WJ/SMV

DR. DANIEL McCOMBS, Ph.D;
JOHN and JANE DOES 1-6,
employees of NMBHI;
and NEW MEXICO BEHAVIORAL
HEALTH INSTITUTE;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on May 2, 2014, that they reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **June 2, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**